**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 103 BRIAR MEADOW DRIVE, CARL JUNCTION, MISSOURI, ALONG WITH ALL ITS BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,<br><br>REAL PROPERTY LOCATED AT 17979 HOTTEL SPRINGS ROAD, SENECA, MISSOURI, ALONG WITH ALL ITS BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,<br><br>APPROXIMATELY 4.58 ACRES IN NEWTON COUNTY, MISSOURI, DESCRIBED AS A PART OF THE SE ¼ OF THE SE ¼ OF SECTION 10, TOWNSHIP 24 NORTH, RANGE 34 WEST, NEWTON COUNTY, MISSOURI, ALONG WITH ALL ITS BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,<br><br>REAL PROPERTY LOCATED AT 5407 KENTUCKY ROAD, SENECA, MISSOURI, ALONG WITH ALL ITS BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,<br><br>       Defendants. | Case No. 26-05047-CV-SW-MBB |

**NOTICE OF COMPLAINT FOR FORFEITURE
AGAINST REAL PROPERTY**

To:    Casey R. Crider
       5407 Kentucky Rd.
       Seneca MO 64865

1. DATE OF NOTICE: June 3, 2026

2. FORFEITURE COMPLAINT: On June 3, 2026, the United States of America filed a civil complaint seeking forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C), in the United States District Court for the Western District of Missouri against the following defendant property:

a. 103 Briar Meadow Drive, Carl Junction, Missouri 64834 ("Briar Meadow"), more thoroughly described as:

ALL OF LOT NUMBERED TWO (2) IN BRIAR MEADOW ESTATES PLAT #1, BEING A PART OF THE SOUTHEAST QUARTER (SE1/4) OF SECTION 16, TOWNSHIP 28, RANGE 33, IN THE CITY OF CARL JUNCTION, JASPER COUNTY, MISSOURI, ACCORDING TO THE RECORDED PLAT THEREOF.

b. 17979 Hottel Springs Road, Seneca, Missouri 64865 ("Hottel Springs"), more thoroughly described as:

Tract 1:
A part of the Southeast Quarter of the Southeast Quarter of Section 10, Township 24 North, Range 34 West, Newton County, Missouri, described as commencing at the intersection of the East line of said Section 10 with the North right of way line of US Rte 60, said point lying 87.11 feet North of the Southeast corner of Section 10; thence North 89°58'West along the North line of U.S. Rte 60, 660.0 feet to the point of beginning; thence continuing North 89°58'West 360.32 feet; thence leaving Rte 60 North 0°06'25"West 316.63 feet; thence South 89°58'East 360.32 feet; thence South 0°06'25"East 316.63 feet to the point of beginning.

Tract 2:
TOGETHER and with rights of ingress and egress over and across a 20 foot road being 10 feet on each side of the following described centerline: Beginning at the Southwest corner of the Southeast Quarter of the Southeast Quarter of Section 10, Township 24, Range 34, Newton County, Missouri, thence North 0°39'50"East a distance of 702.71 feet to the centerline of said road; thence South 89°45'36"East a distance of 300 feet; thence South 0°06'25"East a distance of 308.97 feet to the North line of the tract being conveyed and the point of ending.

2

c.  Approximately 4.58 Acres in Newton County, Missouri ("4.58 Acres"), more thoroughly described as:

A part of the Southeast Quarter of the Southeast Quarter of Section 10, Township 24 North, Range 34 West, Newton County, Missouri, described as commencing at the intersection of the East line of said Section 10 with the North right of line with U.S. Route 60, said point lying 87.11 feet North of the Southeast corner of Section 10; thence North 222.48 feet (Deed) North 01 degree 58'06" East 222.48 feet (measured); thence leaving said East line North 89 degrees 58' West (Deed) North 87 degrees 55'16" West 242.25 feet (measured) to the Point of Beginning; thence North 89 degrees 58" West (Deed) North 87 degrees 55'16" West 417.93 feet (measured); thence North 01 degree 54'51" East 93.73 feet (measured); thence North 89 degrees 58' East (Deed) North 87 degrees 56'37" West 271.25 feet (measured); thence North 01 degree 08'01" East 297.44 feet; thence South 89 degrees 45'36" East (Deed) South 87 degrees 45'17" East 457.66 feet; thence South 29 degrees 11'41" East 455.94 feet to the Point of Beginning.

Subject to a 20 foot wide water line easement being located in part of the Southeast Quarter of the Southeast Quarter of Section 10, Township 24 North, Range 34 West, Newton County, Missouri, described as commencing at the intersection of the East line of said Section 10 with the North right of way line of U.S. Rte. 60, said point lying 87.11 feet North of the Southeast corner of said Section 10; thence N 01°58'06" E, 610.78 feet; thence N 87°45'17" E, 935.85 feet; thence S 02°14'43" W, 223.91 feet to the point of beginning of the 20 foot wide water line easement; thence N 75°31'51" W, 466.5 feet to the point of termination.

Together with rights to a 15.00 foot Ingress Egress Easement being 7.50 feet either side of the following described centerline, Commencing at the Southeast Corner of the Section 10, Township 24, Range 34, Newton County, Thence North 01 Degrees, 58 Minutes, 06 Seconds East 303.72 feet, Thence North 87 Degrees, 55 Minutes, 16 Seconds West 660.00 feet, Thence North 01 Degrees, 54 Minutes, 51 Seconds East 93.73 feet, Thence North 87 Degrees, 56 Minutes, 37 Seconds West 271.25 feet, Thence North 01 Degrees, 08 Minutes, 01 Seconds East 7.50 feet to the Point of Beginning, Thence North 86 Degrees, 56 Minutes, 37 Seconds West 88.98 feet, Thence South 89 Degrees, 55 Minutes, 48 Seconds West 283.09 feet to the Point of Termination.

ALSO SUBJECT to all easements, conditions, restrictions and rights-of-way of record and those not of record.

Subject to easements, restrictions and reservations of record, if any.

3

Case 3:26-cv-05047-MBB    Document 2    Filed 06/03/26    Page 3 of 6

d.     5407 Kentucky Road, Seneca, Missouri ("Kentucky Road"), more thoroughly described as:

Tract 1:
The Northwest Quarter of the Northwest Quarter of Section 16, Township 25, Range 33, Newton County, Missouri, EXCEPT the West 550 feet of the South 465 feet AND EXCEPT the West 624 feet of the North 416 feet AND EXCEPT the East 95 feet AND EXCEPT the East 110 feet of the North 430 feet, AND EXCEPT Part of the Northwest Quarter of the Northwest Quarter of Section 16, Township 25 North, Range 33 West, Newton County, Missouri, more particularly described as commencing at the Northwest corner of Section 16, Township 25 North, Range 33 West, Newton County, Missouri, thence South 00° 33'02" East 225.00 feet with the West line of said Section 16 to the point of beginning, thence North 89°45'31" East 417.42 feet, thence South 00°33'02" East 208.71 feet, thence South 89°45'31" West 417.42 feet to the West line of Section 16, thence North 00°33'02" West 208.71 feet to the point of beginning. AND EXCEPT Commencing at the Northwest corner of Section 16, Township 25, Range 33, Newton County, Missouri, thence North 89°54'01" East 1177.95 feet along the North line of Section 16 to the point of beginning, thence South 00°06'25" East 430.00 feet, thence North 89°54'01" East 35 feet, thence North 00°06'25" West 430.00 feet, thence South 89°54'01" West 35.0 feet to the point of beginning. AND EXCEPT Commencing at the Northwest corner of Section 16, Township 25, Range 33, Newton County, Missouri, thence North 89°54'01" East along the North line of Section 16, 1212.95 feet, thence South 00°06'25" East 430 feet to the point of beginning, thence South 00°06'25" East 896.32 feet, thence North 89°56'31" East 75.00 feet, thence North 00°06'25" West 896.37 feet, thence South 89°54'01" West 75 feet to the point of beginning.
AND
A tract of land in the Northwest Quarter of the Northwest Quarter of Section 16, Township 25, Range 33, Newton County, Missouri, more particularly described as follows, to-wit: beginning at a point 417.42 feet East of the Northwest corner of the Northwest Quarter of said Section 16, thence South 408.71 feet, thence East 208 feet, thence North 408.71 feet, thence West to the point of beginning.

Tract 2:
All that part of the Northwest Quarter of the Northwest Quarter of Section 16, Township 25, Range 33, Newton County, Missouri, being more particularly described as follows: commencing at the Northwest corner of said Section 16, thence South 00°33'02" East along the West line of said Quarter-Quarter 433.71 feet, thence leaving said line North 89°45'31" East 417.42 feet to the point of beginning, thence North 00°33'02" West 125.0 feet, thence North 89°45'31" East 252.0 feet, thence South 00°33'02" East 1730.0 feet, thence South 89°45'31" West 252.0 feet, thence North 00°33'02" West 48.0 feet to the point of beginning.
Subject to easements, restrictions, reservations, and covenants of record, if any.

4

3. FILING OF A VERIFIED CLAIM: Pursuant to Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **35** days after the date of this notice or the date of delivery, if personally served.

4. CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5. FILING OF AN ANSWER: If you file a verified claim, you **must** then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after filing the verified claim.

6. FILING WITH COURT AND SERVICE ON UNITED STATES: The verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the Western District of Missouri, 222 N. John Q. Hammons Parkway, Springfield, MO 65806, and a copy of the claim and answer or motion must be sent to Anthony M. Brown, Assistant United States Attorney, 901 East St. Louis St, Suite 500, Springfield, Missouri 65806.

7. In accordance with 18 U.S.C. § 985(c)(1)(B), this Notice shall be posted on the defendant property and served on the property owner, along with a copy of the Complaint for Forfeiture In Rem.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**

R. MATTHEW PRICE
United States Attorney

By:    */s/ Anthony M. Brown*      
**ANTHONY M. BROWN**
Assistant United States Attorney
Missouri Bar No. 62504
901 East St. Louis St.
Suite 500
Springfield, Missouri 65806
Telephone: 417-575-8167
E-mail: Anthony.Brown2@usdoj.gov

6