**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

REAL PROPERTY LOCATED AT 103 BRIAR
MEADOW DRIVE, CARL JUNCTION, MISSOURI,
ALONG WITH ALL ITS BUILDINGS,
APPURTENANCES, AND IMPROVEMENTS,

      Defendant.

Case No. 26-05047-CV-SW-MBB

## LIS PENDENS

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Western District of Missouri between the parties named above for the seizure, arrest, and forfeiture of the defendant real property, together with all their buildings, appurtenances, and improvements, with the United States as plaintiff. The Complaint for Forfeiture in Rem was duly filed with the Clerk of the United States District Court for the Western District of Missouri on June 3, 2026. Such documents are marked as Civil Action No. 26-05047-CV-SW-MBB.

The real property commonly known as 103 Briar Meadow Drive, Carl Junction, Missouri, together with all its buildings, appurtenances, and improvements, which is the subject of this action is described as follows:

> ALL OF LOT NUMBERED TWO (2) IN BRIAR MEADOW ESTATES PLAT #1, BEING A PART OF THE SOUTHEAST QUARTER (SE1/4) OF SECTION 16, TOWNSHIP 28, RANGE 33, IN THE CITY OF CARL JUNCTION, JASPER COUNTY, MISSOURI, ACCORDING TO THE RECORDED PLAT THEREOF.

The persons whose estates or interests are intended to be affected are Jason Huston, and any other potential claimants to the defendant real property.

For further information concerning this proceeding for forfeiture, reference may be had to the records of the Clerk of the United States District Court for the Western District of Missouri, Southwestern Division, Springfield, Missouri.

R. MATTHEW PRICE
United States Attorney

By:    */s/ Anthony M. Brown*
        **ANTHONY M. BROWN**
        Assistant United States Attorney
        Missouri Bar No. 62504
        901 East St. Louis St.
        Suite 500
        Springfield, Missouri 65806
        Telephone: 417-575-8167
        E-mail: Anthony.Brown2@usdoj.gov