**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  3:26-cv-05047-MBB |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | |
| 103 BRIAR MEADOW DRIVE, | ) | |
| CARL JUNCTION, MISSOURI, | ) | |
| ALONG WITH ALL ITS | ) | |
| BUILDINGS, APPURTENANCES, | ) | |
| AND IMPROVEMENTS, ET AL. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Before the Court is Plaintiff's Motion to Stay Proceedings for 90 Days (**Doc. 26**) and

Claimant Casey R. Crider's and Defendants' Motions to Stay Proceedings (**Doc. 29**); (**Doc. 30**).

Under 18 U.S.C. § 981(g)(1), a court may stay civil forfeiture proceedings if it "determines that

civil discovery will adversely affect the ability of the Government to conduct a related criminal

investigation… of a related criminal case."   A court may do the same where a claimant requests a

stay in civil forfeiture proceedings and determines that "(A) the claimant is the subject of a related

criminal investigation or case; (B) the claimant has standing to assert a claim for the civil forfeiture

proceeding; and (C) continuation of the forfeiture proceeding will burden the right of the claimant

against self-incrimination in the related investigation or case."   **18 U.S.C. § 981(g)(2)**.  Here, the

Government and Defendants both request a stay of proceedings and neither party opposes the

requested relief.  (**Doc. 26**); (**Doc. 29**); (**Doc. 30**).  Both parties also present sufficient arguments that investigation in the related criminal case could be hindered without a stay.  The Motions are therefore **GRANTED**, and proceedings will be stayed 90 days until November 2, 2026.  And in accord with the Government's request, answers to the Complaint (**Doc. 1**) and responses to Claimant Crider's motion to dismiss (**Doc. 25**) will be due 10 days after the stay is lifted.

**IT IS SO ORDERED.**

/s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT COURT

Date: August 4, 2026